**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund, etc.,

Plaintiffs,

v.

Installers, Inc. and Gary L. Hartman,

Defendants.

00CV1621 (DDA/SRN)

**ORDER**

---

The above entitled matter is hereby dismissed, without prejudice, for lack of prosecution.

DONALD D. ALSOP, Senior Judge
United States District Court

Dated: October 23, 2000.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________